UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**DAVID MCCOURT,**

    Plaintiff,                                  CASE NO.: 5:22-CV-244

v.

**CITY OF PANAMA CITY,**

    Defendant.

_____/

## NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. SECTION 1441 (FEDERAL QUESTION)

Please take notice that the City of Panama City, Florida ("City"), through counsel and pursuant to 28 U.S.C. section 1441, removes to this Court the state court action from the Fourteenth Judicial Circuit in and for Bay County described below:

**THE REMOVED CASE**

1.    The removed case is a civil action which was served on the City on or about October 6, 2022[1], in the Circuit Court of the State of Florida, Fourteenth Judicial Circuit in and for Bay County, and styled as *David McCourt v. City of Panama City*, Case No. 21-CA-379. *See* Composite Exhibit 1 attached hereto (a

---

[1] The Amended Complaint was accepted via the Court's Order dated October 6, 2022.

true copy of the Plaintiff's Complaint is filed here in compliance with 28 U.S.C. section 1446(a), and Local Rule 7.2(A), United States District Court, Northern District of Florida).[2]

2. Plaintiff has asserted claims pursuant to section 112.3187, Florida Statutes (whistleblower retaliation), and 42 U.S.C. §2000e, *et seq.* (gender discrimination).

**THE REMOVAL IS TIMELY**

3. Plaintiff filed his Amended Complaint on October 6, 2022 (adding the gender discrimination under 42 U.S.C. §2000e, *et seq.*), and therefore, this notice of removal is being filed within 30 days is timely pursuant to 28 U.S.C. section 1446(b).

**THE VENUE REQUIREMENT**

4. Venue of this removal is proper under 28 U.S.C. section 1441(a) because the Court is the United States District Court for the district and division corresponding to the place where the state-court action was pending.

---

[2] The City believes, based on a review of the state court docket, that true copies of all additional process, pleadings, motions and orders on file in the state court are attached hereto, but the City will file with this Court any additional documents unknown to it at this time within ten (10) days pursuant to Local Rule 7.2.

5. This civil action falls under the Court's original jurisdiction under 28 U.S.C. section 1331 (federal question), and is one that may be removed to this Court pursuant to the provisions of 28 U.S.C. sections 1441 and 1446.

**CONCLUSION**

6. The state court action may be removed to this Court by the City in accordance with the provisions of 28 U.S.C. section 1441(a) because (i) it is being made in a timely manner; (ii) it is pending within the jurisdiction of the United States District Court for the Northern District of Florida (Panama City Division); and (iii) it involves a federal question.

WHEREFORE the City hereby removes the above-captioned action from the Fourteenth Judicial Circuit of the State of Florida, in and for Bay County, and requests that all further proceedings be conducted in this Court as provided by law.

        DENNIS, JACKSON, MARTIN
        & FONTELA, P.A.

/s/ _____
WILLIAM PETER MARTIN (FBN: 0840324)
peter@djmf-law.com
1591 Summit Lake Drive, Suite 200
Tallahassee, Florida 32317
(850) 422-3345
(850) 422-1325 (FAX)
Attorney for Defendant

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via the Court's E-Portal on this 17th day of October, 2022 to:

Marie A. Mattox, Esq.
MARIE A. MATTOX, P.A.
203 N. Gadsden Street
Tallahassee, FL 32301
Primary Email:     marie@mattoxlaw.com
Secondary Email:  marlene@mattoxlaw.com

**DENNIS, JACKSON, MARTIN & FONTELA, P.A.**

/s/ 
WILLIAM PETER MARTIN
(FBN: 0840324)
peter@djmf-law.com
1591 Summit Lake Drive, Suite 200
Tallahassee, Florida 32317
(850) 422-3345
(850) 422-1325 (FAX)
Attorney for Defendant